IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HERBERT ABNEY,<br>    TDCJ-CID NO.786458,<br>    Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-06-2156 |
| NATHANIEL QUARTERMAN,<br>    Respondent. | §<br>§<br>§ | |

### FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on July 27, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE